B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Colorado**

| IN RE: | Case No. _____ |
|---|---|
| **Bertolette, Martin Jon** | Chapter **7** |
| Debtor(s) | |

### CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

Property No. 1

| **Creditor's Name:** <br> Bellco Credit Union | **Describe Property Securing Debt:** <br> 2005 Toyota Avalon; Good Condition; 86K Miles |
|---|---|

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain _____  *(for example, avoid lien using 11 U.S.C. § 522(f)).*

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

Property No. 2 (if necessary)

| **Creditor's Name:** <br> Public Service Credit Union | **Describe Property Securing Debt:** <br> 2002 Cadillac Escalade; Good Condition; 142K Miles |
|---|---|

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Retain and pay pursuant to contract** _____  *(for example, avoid lien using 11 U.S.C. § 522(f)).*

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

Property No. 1

| **Lessor's Name:** <br> Marty & Ron Bateman | **Describe Leased Property:** <br> Residential Lease Agreement | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☑ Yes   ☐ No |
|---|---|---|

Property No. 2 (if necessary)

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes   ☐ No |
|---|---|---|

____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:   **December 16, 2011**          */s/ Martin Jon Bertolette* _____
                                                        Signature of Debtor

                                                        _____
                                                        Signature of Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only